**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KAMAR SAMUELS and MOZELLA McCLENDON SAMUELS,<br><br>    Plaintiffs,<br><br>    v.<br><br>POCONO MOUNTAIN REGIONAL POLICE DEPARTMENT, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 3:13-CV-02922<br><br>(JUDGE CAPUTO)<br><br>(MAGISTRATE JUDGE CARLSON) |

## ORDER

**NOW**, this 29th day of March, 2016, **IT IS HEREBY ORDERED** that Magistrate Judge Carlson's Report and Recommendation (Doc. 54) is **ADOPTED** as follows:

(1) Plaintiffs' motion for partial summary judgment (Doc. 36) is **DENIED**.

(2) Defendants' motion for summary judgment (Doc. 38) is **DENIED**.

(3) The matter is **RECOMMITTED** to Magistrate Judge Carlson for further proceedings.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge