IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAMAR SAMUELS, et al., | |
| PLAINTIFF, | No. 3:13-CV-2922 |
| v. | (JUDGE CAPUTO) |
| POCONO MOUNTAIN REGIONAL POLICE DEPARTMENT, et al., | (MAGISTRATE JUDGE CARLSON) |
| DEFENDANTS. | |

## ORDER

**NOW** this 16th day of May, 2016, upon review of the report and recommendation of Magistrate Judge Martin C. Carlson (Doc. 65) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The report and recommendation (Doc. 65) is **ADOPTED.**

(2) This matter is placed on the **AUGUST 2016** trial list of this Court.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge